■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTIN GARCIA, Appellant. [999 NYS2d 893]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered May 3, 2012, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree and criminal possession of a controlled substance in the third degree and sentencing him, as a second felony drug offender, to an aggregate term of 2 to 4 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations. The officer's account of the incident was not inherently unbelievable, and defendant's own testimony at the suppression hearing tended to corroborate the officer's testimony in material respects. Concur—Gonzalez, P.J., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.